UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 21-00340 SB (PLAx) | Date: | July 20, 2021 |
|---|---|---|---|

| Title: | *Raul Uriarte-Limon v. Palm Knolls, LLC* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **ORDER GRANTING DISMISSAL WITH PREJUDICE**

The Court is in receipt of the Stipulation to Dismiss Case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed by Plaintiff Raul Uriarte-Limon, Dkt. No. 27. Accordingly, the Court orders that this matter is hereby dismissed pursuant to the stipulation to dismiss this case with prejudice as to all parties.

The Court vacates all pending hearings.